UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISON

| | |
|---|---|
| RONNIE O. BROWN,<br>　　　　Plaintiff,<br>　　v.<br>JERRY BROWN, et. al.,<br>　　　　Defendants. | Case No. 17-cv-1412-NJV (PR)<br><br>**ORDER OF TRANSFER**<br><br>Dkt. Nos. 2, 7 |

This is a civil rights case brought pro se by a detainee. Plaintiff alleges that his rights were violated pursuant to 42 U.S.C. § 1983 and the Americans with Disabilities Act. The allegations concern events that occurred in San Bernardino County and Los Angeles County. These counties lie within the venue of the United States District Court for the Central District of California. Plaintiff is incarcerated in the Central District and most of the defendants reside in that district. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). All pending motions (Docket Nos. 2, 7) are **VACATED** as **MOOT**.

**IT IS SO ORDERED.**

Dated: April 20, 2017

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　NANDOR J. VADAS
　　　　　　　　　　　　　　　　　　United States Magistrate Judge